**VAN–019** Deficiency Notice – Petitions (BNC) – Rev. 07/08/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Wanda Marie Allen
*( debtor has no known aliases )*
1052 Dewey Ave. Apt. #3
Rochester, NY 14613

CASE NO.: 19–05367–5–SWH

DATE FILED: November 20, 2019

CHAPTER: 13

## AMENDED DEFICIENCY NOTICE

To: Wanda Marie Allen

The above referenced petition has been filed. In order for the case to be administered, it is necessary that the item(s) described below be filed by **December 4, 2019** .

Schedules A – J, Statement of Affairs and Statement of Current Monthly Income The electronic noticing request was omitted for debtor. Proof of identity was not provided. The Certificate of Service of the Chapter 13 Plan was omitted.

Pursuant to §521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the 46th day after the date of the filing of the petition if the above listed deficiency is not corrected. Should the case be dismissed and the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

The Chapter 13 plan must be filed by **December 4, 2019** .

The Summary of Your Assets and Liabilities and Certain Statistical Information must be filed by **December 4, 2019** .

Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be verified or contain an unsworn declaration as provided in 28 U.S.C. 1746.

The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure, does not apply.

DATED: November 20, 2019

Anna Brock
Deputy Clerk